January 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE ESTATE OF DEBORAH L. ADAMS, DECEASED

NO. 14-12-00064-CV

_____

This cause, an appeal from the judgment in favor of appellee, Kami Haack, signed January 6, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Kami Haack.

We further order this decision certified below for observance.